**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

*DAVID EUGENE McANULTY*     v.     *PATRICK R. O'BRIEN*

THE HONORABLE JOHN W. SEDWICK          CASE NO. CIV 05-1122 PHX (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**                    October 28, 2005

---

At docket 15, the magistrate judge recommends that petitioner McAnulty's petition for habeas corpus relief be denied as untimely. No objections have been filed. In matters such as this, the district judge reviews the recommended findings of fact to which objections are taken *de novo* and reviews those as to which no objections are taken for clear error. The district judge reviews all recommended conclusions of law *de novo.*

Having applied the standards of review set out above, this court concludes that the recommendations from the magistrate judge are in all respects correct. This court adopts the recommended findings and conclusions at docket 15. Based thereon, McAnulty's petition is **DENIED.**

The Clerk will please enter a judgment dismissing the petition with prejudice.

---